Great Lakes Elevator Corporation has abandoned its service as a warehouse and public storer of grain for hire, it is ordered that the writs of certiorari in Nos. 470 and 472 be dismissed as to respondent Great Lakes Elevator Corporation. *Lee A. Freeman* for petitioners in Nos. 470 and 471.

No. 996. UNITED STATES *v.* ARKANSAS VALLEY RAILWAY, INC. March 31, 1947. The petition for writ of certiorari to the Court of Claims is dismissed on motion of counsel for the petitioner. *Acting Solicitor General Washington* for the United States. *Claude I. Depew* for respondent.

No. 971. LOTTO ET AL. *v.* UNITED STATES. March 31, 1947. The petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit is denied as to petitioner Lotto. On consideration of the suggestion of the death of petitioner Cullotta on February 19, 1947, the petition for writ of certiorari as to said petitioner is dismissed. *Walter F. Maley* and *Frank J. Comfort* for petitioners. *Acting Solicitor General Washington, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 130, Misc. HARRINGTON *v.* JARECKI ET AL. March 31, 1947. Motion for injunction submitted by Joseph T. Harrington for the appellant below, and the motion is denied.

No. 207. LAND, CHAIRMAN OF THE UNITED STATES MARITIME COMMISSION, ET AL. *v.* DOLLAR ET AL. April